UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------X

ABANTE ROOTER AND PLUMBING, INC.,
individually and on behalf of all
others similarly situated

                              Plaintiff,

                                  NO.: 1:16-cv-03588

               -v-


NEW YORK LIFE INSURANCE COMPANY,

                              Defendant.

--------------------------------------------------X

                              1114 Avenue of the Americas
                              New York, New York

                              January 30, 2017
                              11:45 a.m.


          EXAMINATION BEFORE TRIAL OF BARDIA HARIRI,

a witness for the Defendant in the above-entitled

action, held at the above time and place, taken

before Danielle McMahon, a Notary Public of the

State of New York, pursuant to Notice and

stipulations between Counsel.

1

2      A P P E A R A N C E S:

3

4

5      BRODERICK & PARONICH, P.C.

6          Attorneys for Plaintiff
           99 High Street, Suite 304
7          Boston, Massachusetts 02110

8      BY:  ANTHONY I. PARONICH, ESQ.

9

10

11     TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP

12         Attorneys for Witness
            Mid-Westchester Executive Park
13         7 Skyline Drive
           Hawthorne, New York 10532

14

       BY:  RICHARD J. ROGERS, ESQ.
15

16

17

       SUTHERLAND ASBILL & BRENNAN, LLP
18

           Attorneys for Defendant
19         1114 Avenue of the Americas, 40th Floor
           New York, New York 10036-7703
20

       BY:  LEWIS S. WIENER, ESQ.
21

22

23

24

25

1

2      A P P E A R A N C E S   C O N T.:

3

4

5      NEW YORK LIFE INSURANCE COMPANY
       GENERAL COUNSEL
6
           51 Madison Avenue
7          New York, New York 10010

8      BY:  JEREMY N. KLATELL, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2                        STIPULATIONS

3

4         IT IS HEREBY STIPULATED AND AGREED, by and

5    between the attorneys for the respective parties

6    herein, that the sealing and filing of the within

7    deposition be waived.

8

9          IT IS FURTHER STIPULATED AND AGREED

10   that this deposition may be signed and sworn to

11   before any officer authorized to administer an

12   oath with the same force and effect as if signed

13   and sworn to before the officer before whom said

14   deposition is taken.

15

16         IT IS FURTHER STIPULATED AND AGREED

17   that all objections, except as to form, are

18   reserved to the time of trial.

19                           *        *        *

20

21

22

23

24

25

1

2      B A R D I A   H A R I R I, a witness for the

3 Defendant, having first been duly sworn by a

4 Notary Public, was examined and testified as

5 follows:

6      EXAMINATION BY

7      MR. PARONICH:

8      Q.      Please state your name for the

9 record.

10      A.      Bardia Hariri.

11      Q.      Please state your address for the

12 record.

13      A.      590 Avocet Drive, 4170, Redwood

14 City, California 94065.

15      Q.      Dr. Hariri, have you ever given a

16 deposition before?

17              MR. WIENER:  Before we start, I

18         just want to make sure we're in agreement

19         that all objections, other than as to

20         form, are reserved until trial?

21              MR. PARONICH:  Yeah, and that's

22         the only stipulation we had last time,

23         correct?

24              MR. WIENER:  Yes.

25              MR. PARONICH:  Then let's go with

                          B. Hariri

1

2       that, my apologies.

3           Q.        Dr. Hariri, have you ever given a

4   deposition before?

5           A.        No.

6           Q.        Okay.  So, I'm sure your attorney

7   has filled you in, but I'll give you some basic

8   ground rules that will help us get out of here

9   quicker.

10          We're not going to be here that long, but

11  if, at any time, you need a break, that's

12  totally fine.  You just let us know, and we'll

13  take one.  The only issue with that is that if I

14  have a question pending, we like to try our best

15  to get an answer to that question and then take

16  a break, okay?

17          A.        Sure.

18          Q.        The court reporter is taking down

19  everything we say.  So, in typical conversation,

20  and maybe at least me being from Boston, I know

21  I have a habit to kind of jump in and give an

22  answer before the question is done, but that

23  looks really disjointed in the transcript.  So,

24  if you can try your best to just wait until I

25  finish the question, and then give an answer,

1                          B. Hariri

2    that would be great, okay?

3          A.        Thank you.

4          Q.        And that's perfect.  Another kind

5    of quirk of the process here is the court

6    reporter can't take down that the witness shook

7    his head or nodded his head.  So, verbal answers

8    are best, okay?

9          A.        Sure.

10         Q.        Great.  Also, with the

11   transcript, if you don't understand the

12   question, you just have to let us know, because

13   if I ask a question, and then you answer it,

14   there's no real way to tell if you didn't

15   understand, okay?

16         A.        Sure.

17         Q.        So, yeah, please feel free to let

18   us know.  Another -- it's not really an

19   instruction, but just kind of another quirk of

20   the process is, nothing I ask today will result

21   in me wanting to know about any conversations

22   you had with your attorney, okay?  So, if I ask

23   a question, and I will, what did you do to

24   prepare for the deposition, just try to remind

25   yourself, any conversations with you and your

1                         B. Hariri

2    attorney, not what I want to know, okay?

3         A.         Sure.

4         Q.         Thank you.  So, other than

5    conversations with your attorney, could you

6    please let me know what you did to prepare for

7    your deposition today?

8         A.         No preparation, apart from the

9    conversation with attorney.

10        Q.         Okay, and in preparing for the

11   deposition today, did you review any documents?

12        A.         In advance, I have sent some

13   series of conversation I had with the concerned

14   company.

15        Q.         Did you review e-mail

16   conversations that you had with a third party?

17        A.         Yes.

18        Q.         Okay.

19                   MR. PARONICH:  Please mark this

20            as Exhibit 1, please.

21                   (One page notice of deposition

22            was marked as Plaintiff's Exhibit No. 1,

23            for identification, January 30, 2017,

24            D.M.)

25        Q.         Dr. Hariri, I'm handing you a

                              B. Hariri

1

2    document that's been marked as Exhibit 1; it's a

3    notice of deposition.  Is your understanding

4    that you're here today because of this notice?

5         A.        Yes.

6         Q.        Okay.  Thank you.  We just went

7    over the fact that you had reviewed some e-mail

8    correspondence with a third party; are there any

9    other documents that you recall reviewing, in

10   advance of the deposition today, to prepare?

11        A.        The contract -- yes, the answer

12   is yes.

13        Q.        Okay.  Thank you.  As you may

14   have guessed, my next question is what documents

15   were those?

16        A.        My contracts with New York Life,

17   the contract with Live Leads, the concerned

18   company, and my training materials, some of the

19   trailing materials.

20        Q.        Understood.  So, I completely

21   understood the first two contracts you

22   mentioned; can you provide some clarity for me

23   on what training materials you reviewed?

24        A.        The training materials regarding

25   the Do Not Call Lists.

Page 10

                              B. Hariri

1

2       Q.         And were those materials that you

3   were given by New York Life, during the process

4   of becoming an agent?

5       A.         In my TAS agreement, yes.

6       Q.         And so, Dr. Hariri, can you give

7   me your educational background, started with any

8   high school you completed?

9       A.         High school, Bachelors in

10  Business, second Bachelors in Industrial

11  Psychology, MBA, Masters in Philosophy, my

12  second masters, and a Ph.D. in Political

13  Economics.

14      Q.         That's it?  So, starting with the

15  first BA -- actually, if you wouldn't mind, if

16  you can go through each, and let me know where

17  you obtained those degrees from?

18      A.         Sure.

19      Q.         Thank you.

20      A.         Bachelor in Business Studies,

21  Westminster University, U.K.; Bachelors in

22  Industrial Psychology, London School of

23  Economics; MBA, University of Gloucestershire;

24  M.Phil, University of Whales; Ph.D., University

25  of Cardiff.

                          B. Hariri

1

2        Q.        Thank you, and was your position

3   with New York Life your first job in the U.S.?

4        A.        Yes.

5        Q.        And did you have employment

6   oversees, before coming to the U.S.?

7        A.        Yes.

8        Q.        Okay, and could you please give

9   me an overview of that employment?

10        A.        I was associate professor for

11   seven years with Cardiff, and was MBA course

12   coordinator for Cardiff for five years, and I

13   was executive assistant to the academic dean for

14   three years.

15        Q.        Executive, I'm sorry.

16        A.        Executive assistant to the

17   academic dean.  So, like the PT assistant to

18   academic dean, basically.

19        Q.        Understood.  Thank you.  And, so,

20   then what prompted you to come to the states and

21   take a position with New York Life?

22        A.        Having taught corporate finance

23   for eight years, I believed it was a good time

24   for me to move on to industry and executive

25   corporate finance, and New York Life being the

1                              B. Hariri

2     leading financial institution, as well as a

3     series of positive recommendations from a family

4     member, who's been working with New York Life

5     for the past 23 years, motivated me to move to

6     U.S.

7              Q.        When you say positive

8     recommendations from a family member who's been

9     working with New York Life, have they been

10    working with New York Life as a customer or as

11    an employee?

12             A.        As an employee.

13             Q.        Okay, and do you know what

14    position they hold?

15             A.        Yes.

16             Q.        And what is that?

17             A.        Financial services professional.

18             Q.        And did you also want to become a

19    financial services professional?

20             A.        Yes.

21             Q.        And so, then, did you submit an

22    application to New York Life?

23             A.        Yes.

24             Q.        Do you recall the time?

25             A.        Around May 2015.

1                        B. Hariri

2          Q.        And then, if you wouldn't mind,

3     could you please take me through the process,

4     after submitting that application, to starting

5     your employment, if you interviewed or --

6          A.        Sure.  I visited U.S. back to May

7     2015, for short period; I submitted the

8     application.  Then I returned back to the U.K.;

9     We had, I believe, three phone interviews.  I

10    came to the U.S., again, September 2015, for

11    another interview.  Returned back to the U.K.;

12    another interview from U.K., and I came back to

13    U.S. permanently January 6, 2016, and I started,

14    I believe, a week after.

15         Q.        And when you started, was it as a

16    TAS agent?

17         A.        No.

18         Q.        Okay.  So, next, if you can give

19    me the progression of the different positions

20    you held at the company, I'd appreciate it.

21         A.        Sure.  First, I started as PTAS,

22    a provisional employee, I believe, for first

23    almost two months.  By mid-March, I triggered to

24    TAS, which is full-time employee, and I'm still

25    on TAS.

1                        B. Hariri

2          Q.        Okay.  Before becoming a TAS

3    agent, did you have to perform a series of

4    trainings with New York Life?

5          A.        Yes.

6          Q.        Could you please give me an

7    overview of those trainings?

8          A.        The main learning objectives were

9    about product knowledge and sales cycle, I

10   believe, yeah.

11         Q.        I'm sorry, would you mind --

12         A.        Sales cycle.

13         Q.        Understood.  Thank you.  And so,

14   now, as a TAS agent, could you please describe

15   for me your primary responsibilities?

16                   MR. WIENER:  I'm sorry, did you

17         say as a TAS or as a PTAS?

18                   MR. PARONICH:  I said as a TAS.

19         A.        Right.  Okay.  I help business

20   owners and families with their tax reduction and

21   investment diversification strategies.  This

22   requires me to get engaged with prospecting, and

23   servicing accounts, of the existing clients, my

24   clients, of my existing clients.

25         Q.        Understood.  Thank you.  Now, I'm

Page 15

B. Hariri

1
2    going to circle back to as a PTAS; were your job

3    responsibilities different?

4        A.        No.

5        Q.        And who is your current

6    supervisor?

7        A.        Charla Aquino.

8        Q.        Is that C-H-A-R-L-A?

9        A.        Yes.

10       Q.        And has Ms. Aquino been your

11   supervisor since you were a PTAS agent?

12       A.        Yes.

13       Q.        Okay, and have you had any other

14   supervisors?

15       A.        No.

16       Q.        Do you supervise any New York

17   Life employees?

18       A.        No.

19       Q.        I understand that you explained

20   that one of your job responsibilities is to

21   service your current clients.  When you came to

22   New York Life, did you bring any clients with

23   you?

24       A.        No.

25                 MR. PARONICH:  Off the record.

1                    B. Hariri

2                    (Whereupon a discussion was held

3         off the record.)

4         Q.        So, Dr. Hariri, these trainings

5    that you went through, as a PTAS agent, were

6    there any of them that specifically related to

7    telemarketing regulations?

8         A.        No.

9         Q.        Did you receive any documentation

10   from New York Life that related to telemarketing

11   regulations?

12        A.        Can you be precise about the

13   timing?

14        Q.        Sure.

15        A.        Overall, do you mean?

16        Q.        No, I can be more precise.

17   That's fine.  Did you receive documentation from

18   New York Life about telemarketing regulations

19   before you started as a PTAS agent?

20        A.        Yes.

21        Q.        What documents were those?

22        A.        In my handbook, employment

23   handbook.

24        Q.        And do you recall what those

25   documents were named or the information they

                          B. Hariri

1

2    provided?

3         A.        Employment handbook, in that

4    handbook, basically.

5         Q.        And do you remember any of the

6    information that was provided on those sheets?

7         A.        The code of conduct concerning

8    the PTAS -- oh, sorry, concerning DNC and other

9    regulation compliance.

10        Q.        And when you say DNC, you mean Do

11   Not Call, correct?

12        A.        Indeed.

13        Q.        And then, you also mentioned that

14   one of your job responsibilities was

15   prospecting, correct?

16        A.        Yes.

17        Q.        And to prospect, did you engage

18   in telemarketing?

19        A.        Yes.

20        Q.        And can you explain to me the

21   types of telemarketing that you engaged in?

22        A.        You mean after or before the TAS

23   contract?

24        Q.        Let's start with before, please.

25        A.        Sure.  I hired a telemarketing

1                         B. Hariri

2     company named Live Transfers.

3          Q.        And that was as a PTAS, correct?

4          A.        PTAS.

5          Q.        And so, we'll get into some more

6     detail with Live Transfers in just a little bit.

7          A.        Sure.

8          Q.        So, I apologize, I don't mean to

9     interrupt you.

10         A.        Sure.

11         Q.        But as a PTAS, was there any

12    other kind of telemarketing that you engaged in?

13         A.        I made calls, yes.

14         Q.        Okay, and when you made calls,

15    did you use the Gryphon System to make those

16    calls?

17         A.        No.

18         Q.        So, could you describe for me

19    what you did as a PTAS to make calls?

20         A.        As a PTAS agent, I made calls

21    based on the database that was available online,

22    through Google, and at the same time, Live

23    Transfers made their own calls.

24         Q.        Understood.  So, what I'm trying

25    to narrow down is, I understand you would

1                         B. Hariri

2    follow-up on leads from Live Transfers, but in

3    addition and apart from that, would you make

4    your own calls?

5         A.        Yes.

6         Q.        Okay, and was that based on phone

7    numbers that New York Life provided to you?

8         A.        No.

9         Q.        Okay.  Where did you get those

10   phone numbers?

11        A.        Internet.

12        Q.        Do you know where on the

13   internet?

14        A.        I searched for CPAs, business

15   brokers, mortgage brokers; so, different

16   websites.

17        Q.        Okay, and what equipment did you

18   use to make those calls?

19        A.        My personal phone.

20        Q.        Do you know approximately how

21   many calls you made, based on internet data?

22        A.        No.

23        Q.        Would it be more than a hundred?

24        A.        No.

25        Q.        So, we have two types of

1                          B. Hariri

2    telemarketing as a PTAS agent; we have Live

3    Transfers, we have the less than a hundred calls

4    you made, based on internet data.  Was there any

5    other kind of telemarketing as a PTAS agent?

6          A.        No.

7          Q.        Now, I'd like to talk about as a

8    TAS agent, the kind of telemarketing you did;

9    can you please describe that for me?

10         A.        I used the Gryphon System to make

11   calls to some centers of influence, such as

12   CPAs, business brokers, mortgage brokers.

13         Q.        And have you made any

14   telemarketing calls that did not use the Gryphon

15   System, such as you made the less than hundred

16   calls based on internet data?

17         A.        No.

18         Q.        For the less than hundred calls

19   made as a PTAS agent, did you inform anyone at

20   New York Life that you were going to do that

21   before you did it?

22         A.        Indirectly, yes.

23         Q.        And could you explain to me what

24   you mean by indirectly, please?

25         A.        I might have explained my

1                          B. Hariri

2    prospecting strategies, by focussing on some

3    specific centers of influence, but I have not

4    specifically highlighted the mode of

5    communication.

6          Q.        So, is it a fair

7    characterization of what you did to say that you

8    told your superiors of types of prospects you

9    intended to target, but not how you intended to

10   target them?

11         A.        True, yes.

12         Q.        For the telemarketing you did as

13   a PTAS agent, did you develop your own script?

14         A.        Yes.

15         Q.        Did you get a script from New

16   York Life that you based that on?

17         A.        No.

18         Q.        As a TAS agent, when you're

19   making calls through the Gryphon system, have

20   you also developed your own script?

21         A.        Yes.

22         Q.        Is that script based on a script

23   provided to you by New York Life?

24         A.        Sorry, can you preface the

25   question; I need to make sure I got --

1                          B. Hariri

2          Q.          Of course.  I think I had a

3    couple of things going on there.  So, my

4    question now, as a TAS agent, I want to know if

5    the script you used is based on one provided to

6    you by New York Life?

7          A.          Yes.

8          Q.          So, as an agent for New York

9    Life, when you start prospecting, are there

10   parameters that are provided to you by New York

11   Life, for the type of prospects that they are

12   looking for?

13                      MR. WIENER:  Objection to the

14          form of the question, but you can answer,

15          if you understand it.

16          A.          If you can clarify what

17   parameters mean?

18          Q.          Does New York Life provide you

19   any parameters of income for potential

20   prospects?

21          A.          No.

22          Q.          Geographic region parameters?

23          A.          No.

24          Q.          Are there restrictions on the

25   states that you can prospect potential clients

1                        B. Hariri

2    in?

3         A.        Yes.

4         Q.        And is that based on your

5    license?

6         A.        Yes.

7         Q.        So, would your prospecting

8    efforts be limited to the State of California?

9         A.        Yes.

10        Q.        When you did your prospecting,

11   apart from any parameters from New York Life,

12   did you develop a strategy of the types of

13   businesses that you wanted to target?

14        A.        Yes.

15        Q.        And could you describe that to

16   me, please?

17        A.        My area of interest is

18   small/medium enterprises, between five to twenty

19   employees; that's my niche market.

20        Q.        Why?

21        A.        Businesses with five to fifteen

22   employees are relatively mature, and they have

23   tax reduction concern, and they have clear

24   objectives, and they want to insure sustainable

25   growth.

                              B. Hariri

1

2          Q.          Now, as a PTAS agent, was there a

3     minimum amount of origination that your superior

4     expected of you?

5                      MR. WIENER:  Objection to the

6               form; you can answer, if you understand.

7          A.          Right, the minimum, what is the

8     other variable; can you clarify the question?

9          Q.          Sure, and so, I'll to do my best

10    to give an example, which I think would be

11    helpful.

12         A.          Sure.

13         Q.          And I don't know this to be fact,

14    but an example could be that your supervisor

15    said to you that "Dr. Hariri, New York Life's

16    expectation is that you'll sign up ten new

17    clients this month, or else there could be

18    disciplinary measures taken."  Were there any

19    such parameters given to you?

20         A.          The answer to that is yes.

21         Q.          Okay, and instead of my example,

22    can you please give me the parameters?

23         A.          In order to be qualified to be

24    triggered as the TAS agent, I had to meet a

25    minimum production.

1                       B. Hariri

2          Q.          And what was that minimum

3    production?

4          A.          I cannot recall that.

5          Q.          Okay.  Do you believe that is in

6    your PTAS contract, that amount?

7          A.          I believe so, yes.

8          Q.          And I'm still speaking about just

9    PTAS, but as a PTAS agent, were there any

10   performance bonuses that were tied to amounts of

11   new origination?

12         A.          I'm not too sure.

13         Q.          Do you know if you personally

14   achieved any?

15         A.          I believe so, yes.  If not, I

16   would have not been able to progress and trigger

17   to TAS agent.

18         Q.          Understood.  Thank you.  So,

19   again, Dr. Hariri, I'm going to limit my

20   question to your time as a PTAS agent, and I'd

21   like to know what your typical day would look

22   like?

23         A.          As a PTAS agent?

24         Q.          Yes, sir.

25         A.          Start based on hours?

Page 26

B. Hariri

1

2      Q.        That would be great.

3      A.        If I had a case, my first

4  activity was case management early in the

5  morning.

6      Q.        So, I think that it would be most

7  efficient that I'm just going to ask a question

8  and jump in; I don't mean to be rude and

9  interrupt you.

10      A.        Sure.

11      Q.        What does case management mean?

12      A.        Sure, if I have submitted any

13  case, if any follow-up would be required, if any

14  paperwork required.

15      Q.        And just as a neophyte in the

16  industry, what would submitting a case be?

17      A.        Submitting a new application,

18  from a new client, on the riders.

19      Q.        Submitting a new case, is that

20  ever customer service related for an existing

21  client?

22      A.        Yes.

23      Q.        Okay.  So, please go ahead.

24      A.        Sure.  So, case management,

25  making follow-up calls to my prospects, cold

Page 27

                                    B. Hariri

1    calling centers of influence, such as CPAs,

2    brokers, and getting involved with networking

3    events.  Yeah, I believe that's PTAS, yeah.

4    Mainly -- and, of course, answering any calls

5    from Live Transfers.

6         Q.        Sure.  So, just with respect to

7    answering any calls from Live Transfers, do you

8    recall about how many of those you fielded a

9    day, as a PTAS agent?

10        A.        In average, two once a day.

11        Q.        Okay.  Do you recall the most you

12   fielded in a single day?

13        A.        Maximum three.

14        Q.        And how could you tell that the

15   call coming in was from Live Transfers?

16        A.        There was a number from Live

17   Transfers; I would see it on my phone.

18        Q.        And when you say your phone, do

19   you mean your personal cell phone?

20        A.        Absolutely, yes.

21        Q.        Did any of the Live Transfers

22   ever come to a New York Life phone system?

23        A.        No.

24        Q.        So, Dr. Hariri, before you

Page 27

                                    B. Hariri

1    calling centers of influence, such as CPAs,

2    brokers, and getting involved with networking

3    events.  Yeah, I believe that's PTAS, yeah.

4    Mainly -- and, of course, answering any calls

5    from Live Transfers.

6         Q.        Sure.  So, just with respect to

7    answering any calls from Live Transfers, do you

8    recall about how many of those you fielded a

9    day, as a PTAS agent?

10        A.        In average, two once a day.

11        Q.        Okay.  Do you recall the most you

12   fielded in a single day?

13        A.        Maximum three.

14        Q.        And how could you tell that the

15   call coming in was from Live Transfers?

16        A.        There was a number from Live

17   Transfers; I would see it on my phone.

18        Q.        And when you say your phone, do

19   you mean your personal cell phone?

20        A.        Absolutely, yes.

21        Q.        Did any of the Live Transfers

22   ever come to a New York Life phone system?

23        A.        No.

24        Q.        So, Dr. Hariri, before you

Page 28

```
 1                       B. Hariri
 2   started at New York Life, in any of your
 3   previous jobs, had you practiced telemarketing?
 4        A.        No.
 5        Q.        Okay.  So, now, we're going to
 6   move on to the portion where we talk about Live
 7   Transfers.
 8                  MR. PARONICH:  I'm about halfway
 9        done, gentlemen.  I'm happy to just keep
10        going, but this would be the last logical
11        breaking point.
12                  MR. ROGERS:  Are you good?
13                  THE WITNESS:  Yes.
14        Q.        So, Dr. Hariri, how did you first
15   become aware of Live Transfers?
16        A.        Internet search.
17        Q.        Do you recall what that internet
18   search was?
19        A.        Lead generation.
20        Q.        And so, putting lead generation
21   into an internet search I'm sure returned a lot
22   of results; do you recall why you clicked on
23   Live Transfers?
24                  MR. WIENER:  Objection to the
25        form, but you can answer.
```

Page 29

1                          B. Hariri

2          A.          It was not only one search.  So,

3    no, I cannot recall why.

4          Q.          Okay.  So, let me try to ask it a

5    different way, a better way.  Out of any of the

6    other lead generation companies out there, why

7    did you move forward with Live Transfers?

8          A.          I know why.

9          Q.          Okay.  Could you let us know?

10          A.          Very first thing on the website

11    of Live Transfers, I saw a number of logos on

12    their existing clients.  I saw New York Life's

13    logo, as well as other credible and well-known

14    financial institutions.

15          Q.          Understood.  Before hiring Live

16    Transfers, what did you know about telemarketing

17    regulations?

18          A.          Nothing.

19          Q.          So, you see the New York Life

20    logo on their web page; what else prompted you

21    to move forward with them?

22          A.          The logo, the conversation that I

23    had with the sales representative.

24          Q.          So --

25          A.          And --

1                          B. Hariri

2          Q.        Oh, I'm sorry, go ahead.

3          A.        Sure, yeah, and my conversation

4     with my manager.

5          Q.        Understood.  So, I'd like to take

6     on each of these conversations, in turn.

7          A.        Sure.

8          Q.        Could you please tell me about

9     the conversation you had with Live Transfers?

10         A.        I inquired about the process,

11    their business model, the price per lead, what

12    constitutes a quality lead or a bad lead, and

13    their refund policy.

14         Q.        Understood.  What did they tell

15    you about their business model?

16         A.        My understanding was there will

17    be a prerecorded message, and if any of the

18    audience is interested to speak to an advisor,

19    they should press one.  If they wish to be

20    removed from the list, they should press two.

21         Q.        And what did they tell you about

22    their lead price?

23         A.        I cannot recall now, but --

24         Q.        Then that's fine.

25         A.        Yeah, I cannot recall.

B. Hariri

1

2      Q.      One of my basic rules I forgot to

3  go over at the beginning is, you also can't see

4  in the transcript that you guessed.  So, if you

5  don't know, just let us know; that's fine.  Do

6  you recall what they told you about their refund

7  policy?

8      A.      If I receive a call from an

9  answering machine, that would constitute a bad

10 lead; therefore, I'm entitled to recourse for

11 refund.  That's it, I believe.

12     Q.      Did you ask them anything about

13 their relationship with New York Life, when you

14 talked to them?

15     A.      No.

16     Q.      Did you ever, and I mean at any

17 time, not just during the initial process, did

18 you ever visit their office?

19     A.      No.

20     Q.      Meet in person with any of their

21 employees?

22     A.      No.

23     Q.      Before hiring them, did you speak

24 with your supervisor?

25     A.      Yes.

Page 32

1                        B. Hariri

2         Q.         And can you tell me about that

3    conversation, please?

4         A.         I asked my manager if she heard

5    about Live Transfers; I sent her the URL, the

6    link of the company, and I asked her if she had

7    heard any success story about these leads.

8         Q.         And what did she say?

9         A.         "No previous experience, go

10   ahead."

11        Q.         Did you make any comment to her

12   about the New York Life logo on the website?

13        A.         No.

14        Q.         At any time, throughout the

15   course of the relationship with Live Transfers,

16   did you ask about the logo on the website?

17        A.         No.

18                   MR. WIENER:  Objection to form.

19        Q.         And to play that out, my

20   question, which I should have asked, was, did

21   you ever ask Live Transfers or anyone at New

22   York Life?

23        A.         No.

24        Q.         Did you have a single contact

25   person at Live Transfers?

1                           B. Hariri

2          A.        Yes.

3          Q.        Who was that?

4          A.        Sales representative Daniel

5    something, I believe so.

6          Q.        Was it Danielle?

7          A.        Danielle, Daniel, yeah, I'm not

8    too sure.

9          Q.        Understood.

10         A.        Yeah.

11         Q.        So, I'll call her Danielle, for

12   the time being.  Other than Danielle, did you

13   have contact with any other sales

14   representatives at Live Transfers?

15         A.        No.

16         Q.        How often would you talk to

17   Danielle?

18                   MR. WIENER:  Objection to the

19          form; you can go ahead and answer.

20         A.        How often I used to talk to

21   Danielle, okay.

22                   MR. WIENER:  Just are you

23          intending to ask just how often he spoke

24          to her, or are you intending to ask the

25          broader question of how often he

Page 34

                              B. Hariri

1
2       communicated with her?

3                    MR. PARONICH:  I'm asking about

4       talking right now, and then I'm going to

5       ask him about --

6                    MR. WIENER:  That's why I wanted

7       to be clear.

8                    MR. PARONICH:  Understood.

9       A.        How often I talked to her?

10      Q.        Yes, on the phone.

11      A.        Three, four times in a week.

12      Q.        And what would those telephone

13      conversations be about?

14      A.        That was telephone conversations?

15      Q.        Yes, sir.

16      A.        Overall conversations, three,

17      four times in a week, maybe e-mail.

18      Q.        I'll unpack it, we'll start

19      again.

20      A.        Sure, thank you.

21      Q.        How many telephone conversations

22      would you have with Danielle in a week?

23      A.        Not much.  I believe overall, for

24      whole process of partnership, I believe two,

25      maximum, three.

                          B. Hariri

1          Q.        Okay.  What would those telephone
2    conversations be about?
3          A.        The first telephone conversation
4    was, again, about the process, their business
5    model, what constitutes a quality lead or a bad
6    lead, price per lead.
7          Q.        Got it.  Now I'm going to move on
8    to e-mail communications.
9          A.        Sure.
10          Q.        How often would you communicate
11    with her via e-mail in a week?
12          A.        Three to four times in a week.
13          Q.        And what would those e-mail
14    communications be about?
15          A.        Inquiries about the system,
16    initially, if I had any question how to get
17    engaged with different functions of the website,
18    of the portal, sending her or him, I don't know
19    if it was Daniel or Danielle.
20          Q.        I won't hold you to it.  Let's
21    just call her Danielle for now.
22          A.        Sending a couple of numbers,
23    phone calls, which I wanted to ask for refund,
24    because I believed they were not good quality

1                        B. Hariri

2    leads.  So, I wanted to refund, and sending her

3    the contents of the voice message I wanted their

4    system to record; that's it.

5         Q.         Okay.  Thank you, and I checked,

6    it is Danielle Morello.

7         A.         Okay.

8         Q.         So, at any time, did you discuss

9    the Telephone Consumer Protection Act or TCPA

10   with Danielle?

11        A.         No.

12        Q.         So, I think the best way to get

13   through the next round the questions is, could

14   you please tell me, from start, including the

15   recording of the voice message, to you talking

16   to a prospect on your cell phone, how the

17   process worked, as you understood it?

18        A.         The Live Transfers, they had

19   their own database of numbers, making call to

20   their own prospect, and playing prerecorded

21   message.  The content of the message was

22   provided by myself, giving a sentence or two

23   about what I do, and asking them if they're

24   interested, please press one to speak to me.  If

25   they were not interested, and they wished to opt

1                          B. Hariri

2    out from this special list, to press two, to be

3    placed into the Do Not Call List.  If somebody

4    was interested, they could just simply press one

5    to speak to me, and I would address their

6    questions.

7         Q.      Good.  So, I understood that, and

8    now I'm just going to ask some more specific

9    questions.  Do you know where the numbers in the

10   database came from?

11        A.      They had their own system; I

12   don't know.

13        Q.      Okay.  The recorded message was

14   something you recorded?

15        A.      No.

16        Q.      Okay.  Did you provide the

17   content of the message that they recorded?

18        A.      Yes.

19        Q.      For people who are not interested

20   and press two, would you ever get those

21   telephone numbers?

22        A.      No -- I could extract them, yes;

23   I could extract them on the portal.

24        Q.      And you just mentioned the

25   portal; could you explain to me what that was?

                            B. Hariri

1

2       A.        There was a portal I could track

3   the number of people who wish to be into DNC and

4   the number of calls made, I believe, and if I

5   wanted to activate it or deactivate it, for my

6   campaign.

7       Q.        Did you provide any other

8   parameters for the campaign to Live Transfers?

9       A.        By parameters, you mean?

10      Q.        Sure.  So, did you provide the

11  fact that they should only make calls to

12  residents of California?

13      A.        Right.  Okay.  Yes.

14      Q.        And any other parameters?

15      A.        Bay area, I said to them,

16  geographical, which was Bay area, and I

17  explained what I do.  So, I wanted to make sure

18  they look into the contact numbers who need my

19  services.  So, I explained what I do, actually,

20  so product and, of course, geographical.

21      Q.        And was there a training video on

22  the portal?

23               MR. WIENER:  Objection to the

24        form, but you can answer.

25      A.        I cannot recall.

1                          B. Hariri

2          Q.         Do you recall if you received any

3    training from Live Transfers, before you

4    started?

5          A.         Yes.

6          Q.         And could you describe for me

7    what that training was?

8          A.         Through the telephone and there

9    were e-mails, it addressed their own process,

10   and how I can actually request for refunds, how

11   I can activate it, how I can deactivate it.

12         Q.         So, there was training on how you

13   can activate the campaign, how you can

14   deactivate the campaign, and I apologize, cause

15   I didn't hear --

16         A.         How to request for refund.

17         Q.         Okay.  For bad leads?

18         A.         Absolutely.

19         Q.         Did you ever submit any requests

20   for refunds?

21         A.         Yes.

22         Q.         And did you receive them?

23         A.         I believe so, yes.

24         Q.         Do you recall an example of a

25   reason why you requested a refund?

Page 40

1                          B. Hariri

2          A.        Yes.

3          Q.        And could you describe that to

4    me, please?

5          A.        It was an answering machine.

6          Q.        Live Transfers provided terms and

7    conditions after you signed up with them; did

8    you read through those?

9          A.        No.

10         Q.        Did you ever have any

11   conversations with Live Transfers about not

12   calling cellular telephone numbers in their

13   database?

14         A.        No.

15         Q.        Did you ever have any

16   conversations with Live Transfers about the kind

17   of dialer that they used to make the calls?

18         A.        No.

19         Q.        How long did you use Live

20   Transfers?

21         A.        Less than two months.

22               MR. PARONICH:  Okay.  Exhibit 2,

23         please.

24                (Two page e-mail, dated March 28,

25         2016, was marked as Plaintiff's Exhibit

Page 41

1          B. Hariri

2          No. 2, for identification, January 30,

3          2017, D.M.)

4          Q.       Dr. Hariri, you've been handed a

5     document that's been marked as Exhibit 2; it's

6     an e-mail that was produced in connection with

7     this case.  I'm going to ask you some questions

8     about it, when you've had a chance to review it,

9     and just as a courtesy heads up, it's an e-mail

10    thread; so, the first e-mail starts on the

11    second page, at the bottom.

12         So, my first question about this e-mail

13    thread is, it's dated March 24th on the first

14    page, I'm sorry, on the front page.  Did you end

15    up renewing your account with Live Transfers at

16    that point?

17         A.       No.

18         Q.       And why was that?

19         A.       Poor quality of leads.

20         Q.       On the front page, there is a new

21    script that mentions New York Life Insurance

22    Company; did that ever get implemented?

23         A.       I believe so.

24         Q.       So, do you recall when you

25    terminated the relationship with Live Transfers?

Page 42

1                        B. Hariri

2        A.        Not the exact date.

3        Q.        Okay.  Do you recall if it was in

4   March or April, of 2016?

5        A.        I believe it was by the end of

6   March.

7        Q.        This script that you submitted,

8   did you run that by your supervisor, before

9   giving it to Live Transfers?

10       A.        Yes.

11       Q.        And did your supervisor approve

12  it?

13       A.        After a small edit, yes.

14       Q.        Okay.  Do you recall what that

15  edit was?

16       A.        Not really, no.

17       Q.        That's okay.  Did you receive

18  that edit via e-mail?

19       A.        I think no; it was in a verbal

20  conversation.

21       Q.        The first script that you used,

22  before this, did you also submit that to your

23  supervisor for approval?

24       A.        Yes.

25       Q.        And do you believe you also did

1                              B. Hariri

2    this verbally?

3          A.        Yes.

4          Q.        Do you know if there was an edit

5    to that one, as well?

6          A.        Yes.

7          Q.        So, Dr Hariri, on the first page,

8    this bottom portion of the page is an e-mail

9    from you, correct?

10         A.        Yes.

11         Q.        And that is your e-mail at New

12   York Life?

13         A.        Yes.

14         Q.        And it's sent to Danielle

15   Morello.  Now, looking at the document, does

16   that refresh your memory as to that being the

17   name of the person you interacted with?

18         A.        Yes.

19         Q.        So, you're sending this e-mail to

20   Live Transfers, and you say, "I wish to renew it

21   again," and that's at the end of March; why did

22   you change your mind?

23                   MR. WIENER:  Objection to the

24         form, but you can go ahead and answer.

25         A.        Quality of leads and lack of

                              B. Hariri

1    efficiency in the prospecting through this

2    channel.

3        Q.        Okay, and so, what changed in the

4    quality of leads between March 24th and the end

5    of March, when you wanted to stop?

6        A.        I'm not too sure about the

7    question.  If you don't mind, if you --

8        Q.        I don't mind.  So, I see, in the

9    an e-mail on March 24th, you say that you wish

10   to renew again.  What I want to know is what

11   made you change your mind by the end of March,

12   seven days later?

13       A.        There was no evidence of quality

14   leads.  There was no return on investment, which

15   would justify that this is a good prospecting

16   strategy.

17       Q.        Okay.  Well, that's a perfect

18   segue into my next question.  How many of the

19   Live Transfers leads were you able to convert to

20   clients?

21       A.        None.

22       Q.        Zero?

23       A.        Zero.

24       Q.        And was it a directive from your

Page 45

1                      B. Hariri

2  supervisor to terminate the relationship or was

3  that a decision that you made?

4          A.       Decision that I made.

5          Q.       Who paid Live Transfers; was it

6  you or New York Life?

7          A.       Myself.

8          Q.       And when you proposed to your

9  supervisor to engage this vendor, did you offer

10  to pay them yourself?

11                   MR. WIENER:  Objection to the

12          form, but you can go ahead and answer.

13          Q.       I'll ask, because I'll identify

14  them this time.  When you took the proposal to

15  your supervisor, that you wanted to engage Live

16  Transfers, did you offer to pay Live Transfers,

17  yourself?

18                   MR. WIENER:  Objection to the

19          form, but you can go ahead and answer.

20          A.       It was clear for me that any

21  marketing campaign was my responsibility.

22          Q.       Okay.  Do you know how much you

23  paid Live Transfers, over the course of the two

24  month relationship?

25          A.       Yes.

Page 46

1                       B. Hariri

2          Q.       How much?

3          A.       720 something.

4          Q.       And that resulted in no new

5    customers, correct?

6          A.       Correct.

7          Q.       In this e-mail, on the front page

8    Dr. Hariri, you say "I wish to renew it again;"

9    do you recall how many times you had to renew

10   your account?

11         A.       I never renewed.  It was once.

12         Q.       Okay.  Do you recall how many

13   leads this $727 got you?

14                  MR. WIENER:  Objection to the

15          form.

16                  MR. PARONICH:  I'll stick with

17          it.

18         A.       I don't recall; I don't recall.

19         Q.       Do you know if it was more than

20   ten?

21         A.       Possibly, yes.

22         Q.       Was it less than 50?

23         A.       Yes.

24         Q.       Do you know if it was less than

25   25?

1                          B. Hariri

2          A.          Something in this region.

3          Q.          Okay.  Thank you.  Other than

4    this lawsuit, did you receive complaints related

5    to the Live Transfers partnership?

6          A.          Receive, what do you mean by

7    receive?  Has anybody complained to me or --

8          Q.          Yes, sir, that is what I'm

9    asking, if anyone has complained to you?

10         A.          A number of calls, maybe two or

11   three asked -- it was not a complaint; they

12   asked me to put them to the Do Not Call List.

13   It was not a complaint; it was a request.

14         Q.          Other than the request to be

15   placed on the Do Not Call List, did any other

16   transfers express any frustration over getting

17   the call?

18         A.          No.

19         Q.          Okay.  When someone would ask to

20   be put on the Do Not Call List, is that

21   something that you could do with the portal with

22   Live Transfers?

23         A.          Indeed, yes.

24         Q.          And did you do that every time

25   that you received the request?

Page 48

1                          B. Hariri

2          A.         Yes.

3          Q.         Do you know any other employee of

4    New York Life that used Live Transfers?

5          A.         No.

6          Q.         Do you know any other employee of

7    New York Life that retained a third party vendor

8    that uses prerecorded messages?

9          A.         No.

10         Q.         Have you had any conversations

11   with non-attorneys about this lawsuit?

12         A.         No.

13         Q.         I understand the telemarketing

14   that you do now, as a TAS agent, through the

15   Gryphon System.  Other than that telemarketing,

16   do you have any third party vendors that you use

17   for telemarketing, currently?

18         A.         No.

19         Q.         Okay.  I just want to take a

20   quick break, and kind of review my notes

21   quickly.

22                    MR. WIENER:  Sure.

23                    MR. PARONICH:  And Lou and/or

24         Jeremy, can I grab you for a quick

25         second?

Page 49

1                          B. Hariri

2               (Whereupon the attorneys,

3          Mr. Paronich, Mr. Klatell and Mr. Wiener

4          left the room.)

5          Q.          All right.  Dr. Hariri, I have no

6     more questions, at this time, thank you.

7                    MR. WIENER:  We have nothing at

8          this time.  Thank you.

9                    MR. PARONICH:  You guys are going

10         read and sign, right?

11                   MR. WIENER:  Yes, we do not waive

12         reading and signing.  Is the witness

13         released from his notice?

14                   MR. PARONICH:  Yes.

15                   MR. WIENER:  Great.  Thank you.

16                   (Continued on page 50 to include

17         jurat.)

18

19

20

21

22

23

24

25

Page 50

1                        B. Hariri

2              (Whereupon the proceedings were

3        concluded at 12:46 p.m.)

4

5

6

7

8

9

10                    _____

11                        Bardia Hariri

12

13

14

15

16

17        Subscribed and sworn to

18        before me this _____ day

19        of _____, 2016

20

21        _____

22          Notary Public

23

24

25

```
1                      B. Hariri

2                    I N D E X

3    WITNESS              EXAMINATION BY          PAGE

4    Dr. Hariri          Mr. Paronich              5

5

6

7

8        INFORMATION AND/OR DOCUMENTS REQUESTED

9    DESCRIPTION:                         PAGE:   LINE:

10

11

12                      (NONE)

13

14

15

16                      RULINGS

17        PAGE                        LINE

18

19

20                      (NONE)

21

22

23

24

25
```

Page 52

1                          B. Hariri

2                       EXHIBIT INDEX

3    NO:   DESCRIPTION:                        PAGE:    LINE:

4    1     One page notice of deposition       8        21

5    2     Two page e-mail, dated March 28,    40       24
           2016
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          B. Hariri

2                      CERTIFICATION

3

4          I, DANIELLE MCMAHON, hereby certify that

5     the within was held before me on the 30th day of

6     January, 2017.

7              That the testimony was taken

8     stenographically by myself.

9              That the within transcript is a true and

10    accurate record.

11             That I am not connected by blood or

12    marriage with any of the parties.  I am not

13    interested directly or indirectly in the matter in

14    controversy.

15             IN WITNESS WHEREOF, I have hereunto set my

16    hand this 1st day of February, 2017.

17

18

19          _Danielle McMahon_____

20                    DANIELLE McMAHON

21

22

23

24

25

**A**

**a.m** 1:15
**ABANTE** 1:5
**able** 25:16 44:20
**above-entitled**
  1:18
**Absolutely**
  27:21 39:18
**academic** 11:13
  11:17,18
**account** 41:15
  46:10
**accounts** 14:23
**accurate** 53:10
**achieved** 25:14
**Act** 36:9
**action** 1:19
**activate** 38:5
  39:11,13
**activity** 26:4
**addition** 19:3
**address** 5:11
  37:5
**addressed** 39:9
**administer** 4:11
**advance** 8:12
  9:10
**advisor** 30:18
**agent** 10:4 13:16
  14:3,14 15:11
  16:5,19 18:20
  20:2,5,8,19
  21:13,18 22:4
  22:8 24:2,24
  25:9,17,20,23
  27:10 48:14
**AGREED** 4:4,9
  4:16
**agreement** 5:18
  10:5
**ahead** 26:23
  30:2 32:10
  33:19 43:24
  45:12,19
**Americas** 1:13
  2:19
**amount** 24:3
  25:6
**amounts** 25:10

**and/or** 48:23
  51:8
**answer** 6:15,22
  6:25 7:13 9:11
  22:14 24:6,20
  28:25 33:19
  38:24 43:24
  45:12,19
**answering** 27:5
  27:8 31:9 40:5
**answers** 7:7
**ANTHONY** 2:8
**anybody** 47:7
**apart** 8:8 19:3
  23:11
**apologies** 6:2
**apologize** 18:8
  39:14
**application**
  12:22 13:4,8
  26:17
**appreciate**
  13:20
**approval** 42:23
**approve** 42:11
**approximately**
  19:20
**April** 42:4
**Aquino** 15:7,10
**area** 23:17 38:15
  38:16
**ASBILL** 2:17
**asked** 32:4,6,20
  47:11,12
**asking** 34:3
  36:23 47:9
**assistant** 11:13
  11:16,17
**associate** 11:10
**attorney** 6:6
  7:22 8:2,5,9
**attorneys** 2:6,12
  2:18 4:5 49:2
**audience** 30:18
**authorized** 4:11
**available** 18:21
**Avenue** 1:13
  2:19 3:6
**average** 27:11

**Avocet** 5:13
**aware** 28:15

**B**

**B** 5:2 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
**BA** 10:15
**Bachelor** 10:20
**Bachelors** 10:9
  10:10,21
**back** 13:6,8,11
  13:12 15:2
**background**
  10:7
**bad** 30:12 31:9
  35:6 39:17
**Bardia** 1:17
  5:10 50:11
**based** 18:21
  19:6,21 20:4
  20:16 21:16,22
  22:5 23:4
  25:25
**basic** 6:7 31:2
**basically** 11:18
  17:4
**Bay** 38:15,16
**becoming** 10:4
  14:2
**beginning** 31:3
**behalf** 1:5
**believe** 13:9,14
  13:22 14:10
  25:5,7,15 27:4
  31:11 33:5

**34**:23,24 38:4
  39:23 41:23
  42:5,25
**believed** 11:23
  35:25
**best** 6:14,24 7:8
  24:9 36:12
**better** 29:5
**bit** 18:6
**blood** 53:11
**bonuses** 25:10
**Boston** 2:7 6:20
**bottom** 41:11
  43:8
**break** 6:11,16
  48:20
**breaking** 28:11
**BRENNAN** 2:17
**bring** 15:22
**broader** 33:25
**BRODERICK**
  2:5
**brokers** 19:15
  19:15 20:12,12
  27:3
**business** 10:10
  10:20 14:19
  19:14 20:12
  30:11,15 35:5
**businesses** 23:13
  23:21

**C**

**C** 2:2 3:2,2
**C-H-A-R-L-A**
  15:8
**California** 5:14
  23:8 38:12
**call** 9:25 17:11
  27:16 31:8
  33:11 35:22
  36:19 37:3
  47:12,15,17,20
**calling** 27:2
  40:12
**calls** 18:13,14,16
  18:19,20,23
  19:4,18,21
  20:3,11,14,16

**20**:18 21:19
  26:25 27:5,8
  35:24 38:4,11
  40:17 47:10
**campaign** 38:6,8
  39:13,14 45:21
**Cardiff** 10:25
  11:11,12
**case** 26:3,4,11
  26:13,16,19,24
  41:7
**cause** 39:14
**cell** 27:20 36:16
**cellular** 40:12
**centers** 20:11
  21:3 27:2
**CERTIFICA...**
  53:2
**certify** 53:4
**chance** 41:8
**change** 43:22
  44:12
**changed** 44:4
**channel** 44:3
**characterizati...**
  21:7
**Charla** 15:7
**checked** 36:5
**circle** 15:2
**City** 5:14
**clarify** 22:16
  24:8
**clarity** 9:22
**clear** 23:23 34:7
  45:20
**clicked** 28:22
**client** 26:18,21
**clients** 14:23,24
  14:24 15:21,22
  22:25 24:17
  29:12 44:21
**code** 17:7
**cold** 26:25
**come** 11:20
  27:23
**coming** 11:6
  27:16
**comment** 32:11
**communicate**

35:11
**communicated**
34:2
**communication**
21:5
**communicatio...**
35:9,15
**companies** 29:6
**company** 1:10
3:5 8:14 9:18
13:20 18:2
32:6 41:22
**complained** 47:7
47:9
**complaint** 47:11
47:13
**complaints** 47:4
**completed** 10:8
**completely** 9:20
**compliance** 17:9
**concern** 23:23
**concerned** 8:13
9:17
**concerning** 17:7
17:8
**concluded** 50:3
**conditions** 40:7
**conduct** 17:7
**connected** 53:11
**connection** 41:6
**constitute** 31:9
**constitutes**
30:12 35:6
**Consumer** 36:9
**contact** 32:24
33:13 38:18
**content** 36:21
37:17
**contents** 36:3
**Continued**
49:16
**contract** 9:11,17
17:23 25:6
**contracts** 9:16
9:21
**controversy**
53:14
**conversation**
6:19 8:9,13

29:22 30:3,9
32:3 35:4
42:20
**conversations**
7:21,25 8:5,16
30:6 34:13,14
34:16,21 35:3
40:11,16 48:10
**convert** 44:20
**coordinator**
11:12
**corporate** 11:22
11:25
**correct** 5:23
17:11,15 18:3
43:9 46:5,6
**correspondence**
9:8
**Counsel** 1:22 3:5
**couple** 22:3
35:23
**course** 11:11
22:2 27:5
32:15 38:20
45:23
**court** 1:2 6:18
7:5
**courtesy** 41:9
**CPAs** 19:14
20:12 27:2
**credible** 29:13
**current** 15:5,21
**currently** 48:17
**customer** 12:10
26:20
**customers** 46:5
**cycle** 14:9,12

**D**

**D** 5:2 51:2
**D.M** 8:24 41:3
**Daniel** 33:4,7
35:20
**Danielle** 1:20
33:6,7,11,12
33:17,21 34:22
35:20,22 36:6
36:10 43:14
53:4,20

**data** 19:21 20:4
20:16
**database** 18:21
36:19 37:10
40:13
**date** 42:2
**dated** 40:24
41:13 52:5
**day** 25:21 27:10
27:11,13 50:18
53:5,16
**days** 44:13
**deactivate** 38:5
39:11,14
**dean** 11:13,17
11:18
**decision** 45:3,4
**Defendant** 1:11
1:18 2:18 5:3
**degrees** 10:17
**deposition** 4:7
4:10,14 5:16
6:4 7:24 8:7,11
8:21 9:3,10
52:4
**describe** 14:14
18:18 20:9
23:15 39:6
40:3
**DESCRIPTION**
51:9 52:3
**detail** 18:6
**develop** 21:13
23:12
**developed** 21:20
**dialer** 40:17
**different** 13:19
15:3 19:15
29:5 35:18
**directive** 44:25
**directly** 53:13
**disciplinary**
24:18
**discuss** 36:8
**discussion** 16:2
**disjointed** 6:23
**DISTRICT** 1:2
1:3
**diversification**

14:21
**DNC** 17:8,10
38:3
**document** 9:2
41:5 43:15
**documentation**
16:9,17
**documents** 8:11
9:9,14 16:21
16:25 51:8
**Dr** 5:15 6:3 8:25
10:6 16:4
24:15 25:19
27:25 28:14
41:4 43:7 46:8
49:5 51:4
**Drive** 2:13 5:13
**duly** 5:3

**E**

**E** 2:2,2 3:2,2
51:2
**e-mail** 8:15 9:7
34:17 35:9,12
35:14 40:24
41:6,9,10,12
42:18 43:8,11
43:19 44:10
46:7 52:5
**e-mails** 39:9
**early** 26:4
**Economics**
10:13,23
**edit** 42:13,15,18
43:4
**educational** 10:7
**effect** 4:12
**efficiency** 44:2
**efficient** 26:7
**efforts** 23:8
**eight** 11:23
**employee** 12:11
12:12 13:22,24
48:3,6
**employees** 15:17
23:19,22 31:21
**employment**
11:5,9 13:5
16:22 17:3

**engage** 17:17
45:9,15
**engaged** 14:22
17:21 18:12
35:18
**enterprises**
23:18
**entitled** 31:10
**equipment**
19:17
**ESQ** 2:8,14,20
3:8
**events** 27:4
**evidence** 44:14
**exact** 42:2
**EXAMINATI...**
1:17 5:6 51:3
**examined** 5:4
**example** 24:10
24:14,21 39:24
**executive** 2:12
11:13,15,16,24
**Exhibit** 8:20,22
9:2 40:22,25
41:5 52:2
**existing** 14:23
14:24 26:20
29:12
**expectation**
24:16
**expected** 24:4
**experience** 32:9
**explain** 17:20
20:23 37:25
**explained** 15:19
20:25 38:17,19
**express** 47:16
**extract** 37:22,23

**F**

**fact** 9:7 24:13
38:11
**fair** 21:6
**families** 14:20
**family** 12:3,8
**February** 53:16
**feel** 7:17
**fielded** 27:9,13
**fifteen** 23:21

**filled** 6:7
**finance** 11:22,25
**financial** 12:2,17
  12:19 29:14
**fine** 6:12 16:17
  30:24 31:5
**finish** 6:25
**first** 5:3 9:21
  10:15 11:3
  13:21,22 26:3
  28:14 29:10
  35:4 41:10,12
  41:13 42:21
  43:7
**five** 11:12 23:18
  23:21
**Floor** 2:19
**focussing** 21:2
**follow-up** 19:2
  26:13,25
**follows** 5:5
**force** 4:12
**forgot** 31:2
**form** 4:17 5:20
  22:14 24:6
  28:25 32:18
  33:19 38:24
  43:24 45:12,19
  46:15
**forward** 29:7,21
**four** 34:11,17
  35:13
**free** 7:17
**front** 41:14,20
  46:7
**frustration**
  47:16
**full-time** 13:24
**functions** 35:18
**FURTHER** 4:9
  4:16

**G**
**GENERAL** 3:5
**generation**
  28:19,20 29:6
**gentlemen** 28:9
**Geographic**
  22:22

**geographical**
  38:16,20
**getting** 27:3
  47:16
**give** 6:7,21,25
  10:6 11:8
  13:18 14:6
  24:10,22
**given** 5:15 6:3
  10:3 24:19
**giving** 36:22
  42:9
**Gloucestershire**
  10:23
**go** 5:25 10:16
  26:23 30:2
  31:3 32:9
  33:19 43:24
  45:12,19
**going** 6:10 15:2
  20:20 22:3
  25:19 26:7
  28:5,10 34:4
  35:8 37:8 41:7
  49:9
**good** 11:23
  28:12 35:25
  37:7 44:16
**Google** 18:22
**grab** 48:24
**great** 7:2,10
  26:2 49:15
**ground** 6:8
**growth** 23:25
**Gryphon** 18:15
  20:10,14 21:19
  48:15
**guessed** 9:14
  31:4
**guys** 49:9

**H**
**H** 5:2
**habit** 6:21
**halfway** 28:8
**hand** 53:16
**handbook** 16:22
  16:23 17:3,4
**handed** 41:4

**handing** 8:25
**happy** 28:9
**Hariri** 1:17 5:10
  5:15 6:1,3 7:1
  8:1,25 9:1 10:1
  10:6 11:1 12:1
  13:1 14:1 15:1
  16:1,4 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1,15 25:1
  25:19 26:1
  27:1,25 28:1
  28:14 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  41:4 42:1 43:1
  43:7 44:1 45:1
  46:1,8 47:1
  48:1 49:1,5
  50:1,11 51:1,4
  52:1 53:1
**Hawthorne** 2:13
**head** 7:7,7
**heads** 41:9
**hear** 39:15
**heard** 32:4,7
**held** 1:19 13:20
  16:2 53:5
**help** 6:8 14:19
**helpful** 24:11
**hereunto** 53:15
**high** 2:6 10:8,9
**highlighted** 21:4
**hired** 17:25
**hiring** 29:15
  31:23
**hold** 12:14 35:21
**hours** 25:25
**hundred** 19:23
  20:3,15,18

**I**
**identification**
  8:23 41:2
**identify** 45:13
**implemented**

41:22
**include** 49:16
**including** 36:14
**income** 22:19
**INDEX** 52:2
**indirectly** 20:22
  20:24 53:13
**individually** 1:5
**Industrial** 10:10
  10:22
**industry** 11:24
  26:16
**influence** 20:11
  21:3 27:2
**inform** 20:19
**information**
  16:25 17:6
  51:8
**initial** 31:17
**initially** 35:17
**inquired** 30:10
**Inquiries** 35:16
**institution** 12:2
**institutions**
  29:14
**instruction** 7:19
**Insurance** 1:10
  3:5 41:21
**insure** 23:24
**intended** 21:9,9
**intending** 33:23
  33:24
**interacted** 43:17
**interest** 23:17
**interested** 30:18
  36:24,25 37:4
  37:19 53:13
**internet** 19:11
  19:13,21 20:4
  20:16 28:16,17
  28:21
**interrupt** 18:9
  26:9
**interview** 13:11
  13:12
**interviewed**
  13:5
**interviews** 13:9
**investment**

14:21 44:15
**involved** 27:3
**issue** 6:13

**J**
**J** 2:14
**January** 1:14
  8:23 13:13
  41:2 53:6
**Jeremy** 3:8
  48:24
**job** 11:3 15:2,20
  17:14
**jobs** 28:3
**jump** 6:21 26:8
**jurat** 49:17
**justify** 44:16

**K**
**keep** 28:9
**kind** 6:21 7:4,19
  18:12 20:5,8
  40:16 48:20
**Klatell** 3:8 49:3
**know** 6:12,20
  7:12,18,21 8:2
  8:6 10:16
  12:13 19:12,20
  22:4 24:13
  25:13,21 29:8
  29:9,16 31:5,5
  35:19 37:9,12
  43:4 44:11
  45:22 46:19,24
  48:3,6
**knowledge** 14:9

**L**
**lack** 43:25
**lawsuit** 47:4
  48:11
**lead** 28:19,20
  29:6 30:11,12
  30:12,22 31:10
  35:6,7,7
**leading** 12:2
**leads** 9:17 19:2
  32:7 36:2
  39:17 41:19
  43:25 44:5,15

44:20 46:13
**learning** 14:8
**left** 49:4
**let's** 5:25 17:24
35:21
**LEWIS** 2:20
**license** 23:5
**LIEBERMAN**
2:11
**Life** 1:10 3:5
9:16 10:3 11:3
11:21,25 12:4
12:9,10,22
14:4 15:17,22
16:10,18 19:7
20:20 21:16,23
22:6,9,11,18
23:11 27:23
28:2 29:19
31:13 32:12,22
41:21 43:12
45:6 48:4,7
**Life's** 24:15
29:12
**limit** 25:19
**limited** 23:8
**LINE** 51:9,17
52:3
**link** 32:6
**list** 30:20 37:2,3
47:12,15,20
**Lists** 9:25
**little** 18:6
**Live** 9:17 18:2,6
18:22 19:2
20:2 27:6,8,16
27:17,22 28:6
28:15,23 29:7
29:11,15 30:9
32:5,15,21,25
33:14 36:18
38:8 39:3 40:6
40:11,16,19
41:15,25 42:9
43:20 44:20
45:5,15,16,23
47:5,22 48:4
**LLP** 2:11,17
**logical** 28:10

**logo** 29:13,20,22
32:12,16
**logos** 29:11
**London** 10:22
**long** 6:10 40:19
**look** 25:21 38:18
**looking** 22:12
43:15
**looks** 6:23
**lot** 28:21
**Lou** 48:23

———————
**M**
**M.Phil** 10:24
**machine** 31:9
40:5
**Madison** 3:6
**main** 14:8
**making** 21:19
26:25 36:19
**management**
26:4,11,24
**manager** 30:4
32:4
**March** 40:24
41:13 42:4,6
43:21 44:5,6
44:10,12 52:5
**mark** 8:19
**marked** 8:22 9:2
40:25 41:5
**market** 23:19
**marketing** 45:21
**marriage** 53:12
**Massachusetts**
2:7
**masters** 10:11
10:12
**materials** 9:18
9:19,23,24
10:2
**matter** 53:13
**mature** 23:22
**maximum** 27:14
34:25
**MBA** 10:11,23
11:11
**McMahon** 1:20
53:4,20

**mean** 16:15
17:10,22 18:8
20:24 22:17
26:8,11 27:20
31:16 38:9
47:6
**measures** 24:18
**meet** 24:24
31:20
**member** 12:4,8
**memory** 43:16
**mentioned** 9:22
17:13 37:24
**mentions** 41:21
**message** 30:17
36:3,15,21,21
37:13,17
**messages** 48:8
**mid-March**
13:23
**Mid-Westches...**
2:12
**mind** 10:15 13:2
14:11 43:22
44:8,9,12
**minimum** 24:3,7
24:25 25:2
**mode** 21:4
**model** 30:11,15
35:6
**month** 24:17
45:24
**months** 13:23
40:21
**Morello** 36:6
43:15
**morning** 26:5
**mortgage** 19:15
20:12
**motivated** 12:5
**move** 11:24 12:5
28:6 29:7,21
35:8

———————
**N**
**N** 2:2 3:2,2,8
51:2
**name** 5:8 43:17
**named** 16:25

18:2
**narrow** 18:25
**need** 6:11 21:25
38:18
**neophyte** 26:15
**networking** 27:3
**never** 46:11
**new** 1:3,10,13
1:13,21 2:13
2:19,19 3:5,7,7
9:16 10:3 11:3
11:21,25 12:4
12:9,10,22
14:4 15:16,22
16:10,18 19:7
20:20 21:15,23
22:6,8,10,18
23:11 24:15,16
25:11 26:17,18
26:19 27:23
28:2 29:12,19
31:13 32:12,21
41:20,21 43:11
45:6 46:4 48:4
48:7
**niche** 23:19
**nodded** 7:7
**non-attorneys**
48:11
**Notary** 1:20 5:4
50:22
**notes** 48:20
**notice** 1:21 8:21
9:3,4 49:13
52:4
**number** 27:17
29:11 38:3,4
47:10
**numbers** 19:7
19:10 35:23
36:19 37:9,21
38:18 40:12

———————
**O**
**O** 3:2
**oath** 4:12
**Objection** 22:13
24:5 28:24
32:18 33:18

38:23 43:23
45:11,18 46:14
**objections** 4:17
5:19
**objectives** 14:8
23:24
**obtained** 10:17
**offer** 45:9,16
**office** 31:18
**officer** 4:11,13
**oh** 17:8 30:2
**okay** 6:6,16 7:2
7:8,15,22 8:2
8:10,18 9:6,13
11:8 12:13
13:18 14:2,19
15:13 18:14
19:6,9,17
24:21 25:5
26:23 27:12
28:5 29:4,9
33:21 35:2
36:5,7 37:13
37:16 38:13
39:17 40:22
42:3,14,17
44:4,18 45:22
46:12 47:3,19
48:19
**once** 27:11
46:11
**online** 18:21
**opt** 36:25
**order** 24:23
**origination** 24:3
25:11
**overall** 16:15
34:16,23
**oversees** 11:6
**overview** 11:9
14:7
**owners** 14:20

———————
**P**
**P** 2:2,2 3:2,2
**P.C** 2:5
**p.m** 50:3
**page** 8:21 29:20
40:24 41:11,14

41:14,20 43:7
43:8 46:7
49:16 51:3,9
51:17 52:3,4,5
**paid** 45:5,23
**paperwork**
26:14
**parameters**
22:10,17,19,22
23:11 24:19,22
38:8,9,14
**Park** 2:12
**Paronich** 2:5,8
5:7,21,25 8:19
14:18 15:25
28:8 34:3,8
40:22 46:16
48:23 49:3,9
49:14 51:4
**parties** 4:5 53:12
**partnership**
34:24 47:5
**party** 8:16 9:8
48:7,16
**pay** 45:10,16
**pending** 6:14
**people** 37:19
38:3
**perfect** 7:4
44:18
**perform** 14:3
**performance**
25:10
**period** 13:7
**permanently**
13:13
**person** 31:20
32:25 43:17
**personal** 19:19
27:20
**personally** 25:13
**Ph.D** 10:12,24
**Philosophy**
10:11
**phone** 13:9 19:6
19:10,19 27:18
27:19,20,23
34:10 35:24
36:16

**place** 1:19
**placed** 37:3
47:15
**Plaintiff** 1:7 2:6
**Plaintiff's** 8:22
40:25
**play** 32:19
**playing** 36:20
**please** 5:8,11
7:17 8:6,19,20
11:8 13:3 14:6
14:14 17:24
20:9,24 23:16
24:22 26:23
30:8 32:3
36:14,24 40:4
40:23
**PLUMBING**
1:5
**point** 28:11
41:16
**policy** 30:13
31:7
**Political** 10:12
**Poor** 41:19
**portal** 35:19
37:23,25 38:2
38:22 47:21
**portion** 28:6
43:8
**position** 11:2,21
12:14
**positions** 13:19
**positive** 12:3,7
**Possibly** 46:21
**potential** 22:19
22:25
**practiced** 28:3
**precise** 16:12,16
**preface** 21:24
**preparation** 8:8
**prepare** 7:24 8:6
9:10
**preparing** 8:10
**prerecorded**
30:17 36:20
48:8
**press** 30:19,20
36:24 37:2,4

37:20
**previous** 28:3
32:9
**price** 30:11,22
35:7
**primary** 14:15
**proceedings**
50:2
**process** 7:5,20
10:3 13:3
30:10 31:17
34:24 35:5
36:17 39:9
**produced** 41:6
**product** 14:9
38:20
**production**
24:25 25:3
**professional**
12:17,19
**professor** 11:10
**progress** 25:16
**progression**
13:19
**prompted** 11:20
29:20
**proposal** 45:14
**proposed** 45:8
**prospect** 17:17
22:25 36:16,20
**prospecting**
14:22 17:15
21:2 22:9 23:7
23:10 44:2,16
**prospects** 21:8
22:11,20 26:25
**Protection** 36:9
**provide** 9:22
22:18 37:16
38:7,10
**provided** 17:2,6
19:7 21:23
22:5,10 36:22
40:6
**provisional**
13:22
**Psychology**
10:11,22
**PT** 11:17

**PTAS** 13:21
14:17 15:2,11
16:5,19 17:8
18:3,4,11,19
18:20 20:2,5
20:19 21:13
24:2 25:6,9,9
25:20,23 27:4
27:10
**Public** 1:20 5:4
50:22
**pursuant** 1:21
**put** 47:12,20
**putting** 28:20

**Q**

**qualified** 24:23
**quality** 30:12
35:6,25 41:19
43:25 44:5,14
**question** 6:14,15
6:22,25 7:12
7:13,23 9:14
21:25 22:4,14
24:8 25:20
26:7 32:20
33:25 35:17
41:12 44:8,19
**questions** 36:13
37:6,9 41:7
49:6
**quick** 48:20,24
**quicker** 6:9
**quickly** 48:21
**quirk** 7:5,19

**R**

**R** 2:2 3:2 5:2,2,2
**read** 40:8 49:10
**reading** 49:12
**real** 7:14
**really** 6:23 7:18
42:16
**reason** 39:25
**recall** 9:9 12:24
16:24 25:4
27:9,12 28:17
28:22 29:3
30:23,25 31:6
38:25 39:2,24

41:24 42:3,14
46:9,12,18,18
**receive** 16:9,17
31:8 39:22
42:17 47:4,6,7
**received** 39:2
47:25
**recommendati...**
12:3,8
**record** 5:9,12
15:25 16:3
36:4 53:10
**recorded** 37:13
37:14,17
**recording** 36:15
**recourse** 31:10
**reduction** 14:20
23:23
**Redwood** 5:13
**refresh** 43:16
**refund** 30:13
31:6,11 35:24
36:2 39:16,25
**refunds** 39:10
39:20
**regarding** 9:24
**region** 22:22
47:2
**regulation** 17:9
**regulations** 16:7
16:11,18 29:17
**related** 16:6,10
26:20 47:4
**relationship**
31:13 32:15
41:25 45:2,24
**relatively** 23:22
**released** 49:13
**remember** 17:5
**remind** 7:24
**removed** 30:20
**renew** 43:20
44:11 46:8,9
**renewed** 46:11
**renewing** 41:15
**reporter** 6:18
7:6
**representative**
29:23 33:4

**representatives**
33:14
**request** 39:10,16
47:13,14,25
**requested** 39:25
51:8
**requests** 39:19
**required** 26:13
26:14
**requires** 14:22
**reserved** 4:18
5:20
**residents** 38:12
**respect** 27:7
**respective** 4:5
**responsibilities**
14:15 15:3,20
17:14
**responsibility**
45:21
**restrictions**
22:24
**result** 7:20
**resulted** 46:4
**results** 28:22
**retained** 48:7
**return** 44:15
**returned** 13:8
13:11 28:21
**review** 8:11,15
41:8 48:20
**reviewed** 9:7,23
**reviewing** 9:9
**RICHARD** 2:14
**riders** 26:18
**right** 14:19 24:7
34:4 38:13
49:5,10
**ROGERS** 2:14
28:12
**room** 49:4
**ROOTER** 1:5
**round** 36:13
**rude** 26:8
**rules** 6:8 31:2
**RULINGS**
51:16
**run** 42:8

**S**

**S** 2:2,20 3:2
**sales** 14:9,12
29:23 33:4,13
**saw** 29:11,12
**school** 10:8,9,22
**script** 21:13,15
21:20,22,22
22:5 41:21
42:7,21
**sealing** 4:6
**search** 28:16,18
28:21 29:2
**searched** 19:14
**second** 10:10,12
41:11 48:25
**see** 27:18 29:19
31:3 44:9
**segue** 44:19
**sending** 35:19
35:23 36:2
43:19
**sent** 8:12 32:5
43:14
**sentence** 36:22
**September**
13:10
**series** 8:13 12:3
14:3
**service** 15:21
26:20
**services** 12:17
12:19 38:19
**servicing** 14:23
**set** 53:15
**seven** 11:11
44:13
**sheets** 17:6
**shook** 7:6
**short** 13:7
**SHREWSBE...**
2:11
**sign** 24:16 49:10
**signed** 4:10,12
40:7
**signing** 49:12
**similarly** 1:6
**simply** 37:4
**single** 27:13

32:24
**sir** 25:24 34:15
47:8
**situated** 1:6
**Skyline** 2:13
**small** 42:13
**small/medium**
23:18
**somebody** 37:3
**sorry** 11:15
14:11,16 17:8
21:24 30:2
41:14
**SOUTHERN**
1:3
**speak** 30:18
31:23 36:24
37:5
**speaking** 25:8
**special** 37:2
**specific** 21:3
37:8
**specifically** 16:6
21:4
**spoke** 33:23
**start** 5:17 17:24
22:9 25:25
34:18 36:14
**started** 10:7
13:13,15,21
16:19 28:2
39:4
**starting** 10:14
13:4
**starts** 41:10
**state** 1:21 5:8,11
23:8
**states** 1:2 11:20
22:25
**stenographica...**
53:8
**stick** 46:16
**STIPULATED**
4:4,9,16
**stipulation** 5:22
**stipulations** 1:22
4:2
**stop** 44:6
**story** 32:7

**strategies** 14:21
21:2
**strategy** 23:12
44:17
**STRAUS** 2:11
**Street** 2:6
**Studies** 10:20
**submit** 12:21
39:19 42:22
**submitted** 13:7
26:12 42:7
**submitting** 13:4
26:16,17,19
**Subscribed**
50:17
**success** 32:7
**Suite** 2:6
**superior** 24:3
**superiors** 21:8
**supervise** 15:16
**supervisor** 15:6
15:11 24:14
31:24 42:8,11
42:23 45:2,9
45:15
**supervisors**
15:14
**sure** 5:18 6:6,17
7:9,16 8:3
10:18 13:6,21
16:14 17:25
18:7,10 21:25
24:9,12 25:12
26:10,12,24
27:7 28:21
30:3,7 33:8
34:20 35:10
38:10,17 44:7
48:22
**sustainable**
23:24
**SUTHERLAND**
2:17
**sworn** 4:10,13
5:3 50:17
**system** 18:15
20:10,15 21:19
27:23 35:16
36:4 37:11

48:15

**T**

**T** 3:2
**take** 6:13,15 7:6
11:21 13:3
30:5 48:19
**taken** 1:19 4:14
24:18 53:7
**talk** 20:7 28:6
33:16,20
**talked** 31:14
34:9
**talking** 34:4
36:15
**target** 21:9,10
23:13
**TAS** 10:5 13:16
13:24,25 14:2
14:14,17,18
17:22 20:8
21:18 22:4
24:24 25:17
48:14
**taught** 11:22
**tax** 14:20 23:23
**TCPA** 36:9
**telemarketing**
16:7,10,18
17:18,21,25
18:12 20:2,5,8
20:14 21:12
28:3 29:16
48:13,15,17
**telephone** 34:12
34:14,21 35:2
35:4 36:9
37:21 39:8
40:12
**tell** 7:14 27:15
30:8,14,21
32:2 36:14
**ten** 24:16 46:20
**terminate** 45:2
**terminated**
41:25
**terms** 40:6
**testified** 5:4
**testimony** 53:7

**thank** 7:3 8:4
 9:6,13 10:19
 11:2,19 14:13
 14:25 25:18
 34:20 36:5
 47:3 49:6,8,15
**thing** 29:10
**things** 22:3
**think** 22:2 24:10
 26:6 36:12
 42:19
**third** 8:16 9:8
 48:7,16
**thread** 41:10,13
**three** 11:14 13:9
 27:14 34:11,16
 34:25 35:13
 47:11
**tied** 25:10
**time** 1:19 4:18
 5:22 6:11
 11:23 12:24
 18:22 25:20
 31:17 32:14
 33:12 36:8
 45:14 47:24
 49:6,8
**times** 34:11,17
 35:13 46:9
**timing** 16:13
**today** 7:20 8:7
 8:11 9:4,10
**told** 21:8 31:6
**totally** 6:12
**track** 38:2
**trailing** 9:19
**training** 9:18,23
 9:24 38:21
 39:3,7,12
**trainings** 14:4,7
 16:4
**transcript** 6:23
 7:11 31:4 53:9
**transfers** 18:2,6
 18:23 19:2
 20:3 27:6,8,16
 27:18,22 28:7
 28:15,23 29:7
 29:11,16 30:9

32:5,15,21,25
33:14 36:18
38:8 39:3 40:6
40:11,16,20
41:15,25 42:9
43:20 44:20
45:5,16,16,23
47:5,16,22
48:4
**TRAUB** 2:11
**trial** 1:17 4:18
 5:20
**trigger** 25:16
**triggered** 13:23
 24:24
**true** 21:11 53:9
**try** 6:14,24 7:24
 29:4
**trying** 18:24
**turn** 30:6
**twenty** 23:18
**two** 9:21 13:23
 19:25 27:11
 30:20 34:24
 36:22 37:2,20
 40:21,24 45:23
 47:10 52:5
**type** 22:11
**types** 17:21
 19:25 21:8
 23:12
**typical** 6:19
 25:21

_____

U

**U.K** 10:21 13:8
 13:11,12
**U.S** 11:3,6 12:6
 13:6,10,13
**understand** 7:11
 7:15 15:19
 18:25 22:15
 24:6 48:13
**understanding**
 9:3 30:16
**understood** 9:20
 9:21 11:19
 14:13,25 18:24
 25:18 29:15

30:5,14 33:9
34:8 36:17
37:7
**UNITED** 1:2
**University** 10:21
 10:23,24,24
**unpack** 34:18
**URL** 32:5
**use** 18:15 19:18
 20:14 40:19
 48:16
**uses** 48:8

_____

V

**v-** 1:8
**variable** 24:8
**vendor** 45:9
 48:7
**vendors** 48:16
**verbal** 7:7 42:19
**verbally** 43:2
**video** 38:21
**visit** 31:18
**visited** 13:6
**voice** 36:3,15

_____

W

**wait** 6:24
**waive** 49:11
**waived** 4:7
**want** 5:18 8:2
 12:18 22:4
 23:24 44:11
 48:19
**wanted** 23:13
 34:6 35:24
 36:2,3 38:5,17
 44:6 45:15
**wanting** 7:21
**way** 7:14 29:5,5
 36:12
**we'll** 6:12 18:5
 34:18
**we're** 5:18 6:10
 28:5
**web** 29:20
**website** 29:10
 32:12,16 35:18
**websites** 19:16
**week** 13:14

34:11,17,22
35:12,13
**well-known**
 29:13
**went** 9:6 16:5
**Westminster**
 10:21
**Whales** 10:24
**WHEREOF**
 53:15
**Wiener** 2:20
 5:17,24 14:16
 22:13 24:5
 28:24 32:18
 33:18,22 34:6
 38:23 43:23
 45:11,18 46:14
 48:22 49:3,7
 49:11,15
**wish** 30:19 38:3
 43:20 44:10
 46:8
**wished** 36:25
**witness** 1:18
 2:12 5:2 7:6
 28:13 49:12
 51:3 53:15
**worked** 36:17
**working** 12:4,9
 12:10
**wouldn't** 10:15
 13:2

_____

X

**X** 1:4,12 51:2

_____

Y

**yeah** 5:21 7:17
 14:10 27:4,4
 30:3,25 33:7
 33:10
**years** 11:11,12
 11:14,23 12:5
**York** 1:3,10,13
 1:13,21 2:13
 2:19,19 3:5,7,7
 9:16 10:3 11:3
 11:21,25 12:4
 12:9,10,22
 14:4 15:16,22

16:10,18 19:7
20:20 21:16,23
22:6,8,10,18
23:11 24:15
27:23 28:2
29:12,19 31:13
32:12,22 41:21
43:12 45:6
48:4,7

_____

Z

**Zero** 44:23,24

_____

0

**02110** 2:7

_____

1

**1** 8:20,22 9:2
 52:4
**1:16-cv-03588**
 1:8
**10010** 3:7
**10036-7703** 2:19
**10532** 2:13
**11:45** 1:15
**1114** 1:13 2:19
**12:46** 50:3
**1st** 53:16

_____

2

**2** 40:22 41:2,5
 52:5
**2015** 12:25 13:7
 13:10
**2016** 13:13
 40:25 42:4
 50:19 52:5
**2017** 1:14 8:23
 41:3 53:6,16
**21** 52:4
**23** 12:5
**24** 52:5
**24th** 41:13 44:5
 44:10
**25** 46:25
**28** 40:24 52:5

_____

3

**30** 1:14 8:23
 41:2

**304** 2:6
**30th** 53:5

---
**4**

**40** 52:5
**40th** 2:19
**4170** 5:13

---
**5**

**5** 51:4
**50** 46:22 49:16
**51** 3:6
**590** 5:13

---
**6**

**6** 13:13

---
**7**

**7** 2:13
**720** 46:3
**727** 46:13

---
**8**

**8** 52:4

---
**9**

**94065** 5:14
**99** 2:6